IN RE: ADMINISTRATIVE SUBPOENA | Case No. 3:23MJ $^{617}$ (SDV)

## NONDISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding that Apple, Inc (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, may not notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of this administrative subpoena, Subpoena Number 888339, (hereinafter "the Subpoena") until **July 17, 2024**.

The Court determines that there is reason to believe that notification of the existence of the Subpoena will result in endangering the life or physical safety of an individual, flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and otherwise seriously jeopardizing an investigation. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until **July 17, 2024**, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until **July 17, 2024,** because the Court finds that sealing is warranted because the presumption of access to these investigation documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

Any motions to extend the deadlines in this order shall be filed by 7/14/24 .

It is so ordered this 17th day of July 2023, at Bridgeport, Connecticut.

7/17/23
Date

SDV
HONORABLE S. DAVE VATTI
United States Magistrate Judge